IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHEREE L. COLEMAN                         *

    Plaintiff                               *

vs.                                       *        Civil Action No.:  JKB-15-3002

EQUIFAX, INC., et al.                     *

    Defendants                              *

*       *       *       *       *       *       *       *       *       *       *       *

**SETTLEMENT ORDER**
**(LOCAL RULE 111)**

This Court has been advised by the parties that the above action has been settled AS TO

ALL REMAINING DEFENDANTS, including all counterclaims, cross-claims and third-party

claims, if any.  Accordingly, pursuant to Local Rule 111 it is ORDERED that:

All remaining Defendants are hereby dismissed and each party is to bear its own costs

unless otherwise agreed, in which event the costs shall be adjusted between the parties in

accordance with their agreement.  The entry of this Order is without prejudice to the right of a

party to move for good cause within 30 days to reopen this action if settlement is not

consummated.  If no party moves to reopen, the dismissal shall be with prejudice.


Date:  January 28, 2016                    _____/s/_____

                                 James K. Bredar
                                 United States District Judge